IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Matter of ) | NO.   1:08-SW-00049 GSA |
| ) | |
| SEARCH WARRANTS AUTHORIZED ) | ORDER UNSEALING SEARCH WARRANT |
| ON MARCH 13, 2008 ) | AND AFFIDAVIT |
| ) | |
| ) | |
| ) | |
| ) | |

    The United States having applied to this Court, for an order to unseal the search warrant and affidavit in support thereof, which was previously filed under seal, and good cause appearing in light of the need to release such warrant in the discovery process of a pending indictment,

    IT IS SO ORDERED, that the search warrant affidavit and warrant in the above-entitled shall be filed unsealed.

IT IS SO ORDERED.

Dated:   June 27, 2008          /s/ Sandra M. Snyder
                                                          UNITED STATES MAGISTRATE JUDGE